UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHNMIN LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>       Defendants. | Case No. 25-cv-309<br><br>**Judge Hon. Christy Criswell Wiegand** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| **Defendant Seller Name** | **DOE No.** |
|---|---|
| Biyxaw | 2 |
| GGgggaopiao (7-14 days Arrive) | 7 |
| PEIJIEZHANYAOCUN | 11 |
| Psynkax | 12 |
| RUOLANSHANGMAO | 14 |
| uiyhsds | 17 |
| Zerongsjwu | 24 |
| Bawuo | 32 |
| JINGXI | 44 |
| LaboteSI | 45 |
| Pandaie | 51 |
| ygdeyg | 63 |
| Yoryorlue | 65 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: April 10, 2025                                         Respectfully submitted,

<u>By: /s/ Abby Neu</u>
Abby Neu IL #6327370
Shengmao (Sam) Mu NY #5707021
Michael Mitchell IL #6324363
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*